IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUSSELL W. LORENCE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENNETH STOLLER d/b/a TOP TECH ) <br> LABS and LINDAHL BROTHERS, INC., ) <br> an Illinois Corporation, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> JOSEPH BRUNO ) <br> ) <br> Respondent in Discovery. ) | Case No. <br><br> FILED: JUNE 25, 2008 <br> 08CV3620 <br> JUDGE HOLDERMAN <br> MAGISTRATE JUDGE DENLOW <br><br> PH |

**Notice of Filing/Certificate of Service**

I, Miriam N. Geraghty, counsel for the defendant, hereby certify that I filed the within Notice of Removal with the United States District Court for the Northern District of Illinois, Eastern Division, using their CM/ECF electronic filing system on this, the 25th day of June, 2008. I certify that I served a copy of the within Notice upon the below listed attorneys for plaintiff, by mailing same to them with proper postage prepaid on this 25th day of June, 2008.

James J. Macchitelli
Law Offices of James J. Macchitelli
321 Stone Road
Villa Park, IL 60181

Respectfully Submitted,

**s/Miriam N. Geraghty**
Miriam N. Geraghty

Miriam N. Geraghty
Joanne Kinoy
Kinoy, Taren & Geraghty, P.C.
224 S. Michigan Avenue, Suite 300
Chicago, IL 60604-2536
Tel: 312-663-5210
Fax: 312-663-6663