IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUSSELL W. LORENCE,        )<br>    Plaintiff,         )<br>v.                  )<br>KENNETH STOLLER d/b/a/    )<br>TOP TECH LABS, and        )<br>LINDAHL BROTHERS, Inc.,   )<br>An Illinois Corporation   )<br>                          )<br>And                       )<br>                          )<br>JOSEPH BRUNO,             )<br>                          )<br>Respondent in Discovery   ) | 2008 C 3620<br><br>Judge Holderman |

### Notice of Motion

TO:   James J. Macchitelli                 Kenneth Stoller
       Law Offices of James Macchitelli    d/b/a Top Tech Labs
       321 Stone Road                         P.O. Box 11426
       Villa Park, Il. 60181                  Chicago, Il. 60611

      PLEASE TAKE NOTICE, that on July 8, 2008 at 9:00 a.m., I shall appear before the Honorable James F. Holderman, United States District Court for the Northern District of Illinois, Rm 2541, 219 S. Dearborn, Chicago, Illinois, and present the attached Defendant Lindahl's Motion to Dismiss and Memorandum in Support of Defendant Lindahl's Motion to Dismiss.

                                                                               _____
                                                                               s/Miriam N. Geraghty

## Certificate of Service

I, Miriam N. Geraghty, counsel for defendant, Lindahl Brothers, Inc, certify that I filed the within Notice of Motion, Motion to Dismiss, and Memorandum in Support of Motion to Dismiss with the United States District Court for the Northern District of Illinois, Eastern Division, using their CM/ECF electronic filing system on this, the 30th day of June, 2008. I certify that I served a copy of the within Notice upon the below listed persons by regular mail with proper postage affixed on this 30th day of June, 2008.

James J. Macchitelli  
Law Offices of James J. Macchitelli  
321 Stone Rd.  
Villa Park, Il. 60181

Kenneth Stoller/Top Tech Labs  
P.O. Box 11426  
Chicago, IL. 60611

/s/Miriam N. Geraghty