UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Russell W. Lorence
                    Plaintiff,
v.                                              Case No.: 1:08−cv−03620
                                                Honorable James F. Holderman
Kenneth Stoller, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

MINUTE entry before the Honorable James F. Holderman: Motion hearing held on 7/8/2008. On defendant Lindahl Brothers, Inc.'s motion for summary judgment [7], memorandum in support with Rule 56.1(a) statement due by 7/22/2008; response due by 8/12/2008. Reply due by 9/2/2008. The Court to rule electronically. Plaintiff's oral request for alias summons to issue as to Kenneth Stoller is granted. Order alias summons to issue as to defendant, Kenneth Stoller. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.