IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUSSELL W. LORENCE        )<br>                                                   )<br>          Plaintiff,                          )<br>                                                   )<br>     v.                                          )<br>                                                   )<br>KENNETH STOLLER d/b/a TOP TECH )<br>LABS and LINDAHL BROTHERS, INC., )<br>an Illinois Corporation,                 )<br>                                                   )<br>          Defendants,                       )<br>                                                   )<br>     and                                        )<br>                                                   )<br>JOSEPH BRUNO                          )<br>                                                   )<br>          Respondent in Discovery.    ) | Case No. 2008 C 3620 |

## JOINT MOTION TO DISMISS COUNT II OF COMPLAINT

Plaintiff, Russell W. Lorence and Defendant, Lindahl Brothers, Inc., jointly move this Court to Dismiss Count II of the Complaint with prejudice. In support of this Motion, the parties submit the attached Stipulation to Dismiss with Prejudice.

                                                                                        Respectfully Submitted,

                                                                                       s/Miriam N. Geraghty_____
                                                                                       Miriam N Geraghty

Miriam N. Geraghty
Joanne Kinoy
Kinoy, Taren & Geraghty, P.C.
224 S. Michigan Avenue, Suite 300
Chicago, IL 60604-2536
Tel: 312-663-5210
Fax: 312-663-6663

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RUSSELL W. LORENCE

       Plaintiff.　　　　　　　　　　　Case No. 2008 C 3620

  v.

KENNETH STOLLER d/b/a TOP TECH
LABS and LINDAHL BROTHERS, INC.,
an Illinois Corporation,

       Defendants,

   and

JOSEPH BRUNO

       Respondent in Discovery.

## EMULATION TO DISMISS WITH PREJUDIC$

Plaintiff; Russell W. Lorence, and Defendant, *Lindahl* Brothers, Inc., having resolved **all** matters in controversy between them, hereby enter into this Stipulation to Dismiss Count II of the Complaint with prejudice, each party to bear its own costs and attorneys fees.

s3.　　ehitelh
Off' r of James Macchitelli
ttorney for Plaintiff, Russell W. Lorence
321 Stone Rd.
Villa Park, 11 60181
(630) $34-7272

Miriam N. Geraghty
Attorney for Defendant, Lied　Brothers, Inc.
Kinoy, Taren & Geraghty, P.C.
224 S. Michigan Avenue, Suite 300
Chicago, IL 60604
(312)663-5210

Dale:　　l 7- O 3

Date: _Anlbg-