IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL W. LORENCE | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2008 C 3620 |
| | ) | |
| v. | ) | Judge James Holderman |
| | ) | |
| KENNETH STOLLER d/b/a TOP TECH LABS and LINDAHL BROTHERS, INC., an Illinois Corporation, | ) ) ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JOSEPH BRUNO | ) | |
| | ) | |
| Respondent in Discovery. | ) | |

**NOTICE OF MOTION**

TO:  James J. Macchitelli                Kenneth Stoller
     Law Offices of James Macchitelli    d/b/a Top Tech Labs
     321 Stone Rd.                       P.O. Box 11426
     Villa Park IL, 60181                Chicago, IL 60611

PLEASE TAKE NOTICE that on July 22nd, 2008 at 9:00 a.m., I shall appear before the

Honorable James F. Holderman, United States District Court for the Northern District of Illinois,

Rm 2541, 219 S. Dearborn, Chicago, Illinois, and present the attached Joint Motion to Dismiss

Count II of the Complaint.

                                        Respectfully Submitted,
                                        **s/Miriam N. Geraghty_____**
                                        Miriam N. Geraghty

Miriam N. Geraghty
Joanne Kinoy
Kinoy, Taren & Geraghty, P.C.
224 S. Michigan Avenue, Suite 300
Chicago, IL 60604-2536
Tel: 312-663-5210
Fax: 312-663-6663

## CERTIFICATE OF SERVICE

       I hereby certify that on July 17, 2008, I electronically filed the foregoing Joint Motion to Dismiss Count II of the Complaint with the Clerk of the Court using the CM/ECF system.

       I also caused the within Motion to be mailed via First Class U.S. mail to James J. Macchitelli, located at 321 Stone Rd., in Villa Park IL, 60181 as well as electronically mailed to his e-mail address of [jimmymac@aol.com](mailto:jimmymac@aol.com), and sent via First Class U.S. mail to Kenneth Stoller at P.O. Box 11426, Chicago, IL 60611.

                                    s/Miriam N Geraghty_____
                                    **Miriam Geraghty**

Miriam N. Geraghty
Joanne Kinoy
Kinoy, Taren and Geraghty, P.C.
224 S. Michigan Avenue, Suite 300
Chicago, Illinois 60604
(312) 663-5210