**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                       Case Number: 2008 CV 3620
RUSSELL W. LORENCE  vs. LINDAHL BROTHERS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
RUSSELL W. LORENCE

| | |
|---|---|
| NAME (Type or print) <br> James J. Macchitelli | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James J. Macchitelli | |
| FIRM <br> Law Offices of James J. Macchitelli | |
| STREET ADDRESS <br> 7247 West Touhy Avenue | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60631-4451 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6208773 | TELEPHONE NUMBER <br> 773-631-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |