UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Russell W. Lorence
                     Plaintiff,

v.                                        Case No.: 1:08−cv−03620
                                                        Honorable James F. Holderman

Kenneth Stoller, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant Lindahl Brothers, Inc.'s motion to dismiss [7] is moot. Parties' joint motion to dismiss count II of complaint [11] is granted. It is ordered that count II of the complaint is dismissed with prejudice and defendant Lindahl Brothers, Inc. is dismissed from the case, each party to bear its own costs and attorneys fees. Lindahl Brothers, Inc. terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.